1  Robert M. Holley (SBN 50769)
   Attorney at law
2  State Bar No. 50769
   331 J Street, Suite #200
3  Sacramento, California 95814
   Telephone:  (916) 443-2213
4

5  Attorney for Defendant Leonard Williams

6

7              IN THE UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,         ) NO. CR-S-05-106 GEB
                                     )
11              Plaintiff,           ) STIPULATION AND [PROPOSED]
                                     ) ORDER CONTINUING STATUS
12      v.                           ) CONFERENCE AND EXCLUDING
                                     ) TIME
13 LEONARD WILLIAMS,                 )
                                     ) Date:  Friday, April 13, 2007
14              Defendant.           ) Time:  9:00 a.m.
                                     ) Judge: Garland E. Burrell, Jr.
15 _____   )

16

17          BACKGROUND AND DECLARATION OF COUNSEL

18

19        At the last hearing, this status conference was scheduled to

20 be heard on Friday, March 30, 2007 at 9:00 a.m.  The status of this

21 case is that we are close to a plea agreement but are in the process of

22 possibly working out a stipulation regarding evidentiary guideline

23 matters.  It is taking time but we hope to have an agreement in the

24 hands of the Court before April 13, 2007.

25        For the convenience of the Court and all parties we are

26 requesting this continuance by Stipulation and Order without the

27 necessity of appearance.

28

1
2
3

The balance of the court appearances are requested to be independent from the other named defendants because of 5K considerations.

4
5

I declare under penalty of perjury that the foregoing is true and correct.  Signed at Sacramento, California on March 27, 2007.

6
7
8

**/s/ Robert M. Holley**
_____
**Robert M. Holley, Esq.**
**Counsel for Mr. Williams**

9

**STIPULATION**

10
11
12
13
14
15
16

It is hereby stipulated by and between the defendant, Leonard Williams, through his counsel, Robert M. Holley, Esq., and the United States, through its counsel, Assistant United States Attorney Ken Melikian, Esq., that the status conference presently scheduled for Friday, March 30, 2007 be continued without appearance, for two weeks to Friday, April 13, 2007 at 9:00 a.m.

17
18
19
20
21

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) until April 13, 2007 due to complexity of the case and in the interest of justice to allow the defense to consider and negotiate an appropriate plea bargain.

22

**Dated: January 17, 2007**

23
24

**/s/ Robert M. Holley**
_____
**Mr. Robert M. Holley, Esq.**
**Counsel for Mr. Williams**

25
26
27
28

**/s/ Robert M. Holley for**
_____
**Mr. Ken Melikian, Esq.**
**Assistant U.S. Attorney**
**Per telephonic authority**

2

1

2

### [PROPOSED] ORDER

3      In the Case of **U.S. v. Leonard Williams**, Cr-S-05-106 GEB, **GOOD**

4 **CAUSE APPEARING** and upon the stipulation of the parties,

5      IT IS HEREBY ORDERED THAT the status conference presently set for

6 Friday, March 30, 2007 at 9:00 a.m. be continued to Friday, April 13,

7 2007 at 9:00 a.m.

8      It is further ordered that time be excluded through April 13, 2007

9 pursuant to the Speedy Trial Act exclusion sections set forth in the

10 stipulation above.

11

12 Dated:  March 27, 2007

13 _____

14 GARLAND E. BURRELL, JR.
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3