1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   CR. NO. S-05-106 GEB
                               )
12             Plaintiff,      )
                               )   STIPULATION; ORDER
13     v.                      )
                               )
14 LEONARD WILLIAMS,           )
                               )
15                             )
               Defendant.      )
16 _____)

17     Defendant Leonard Williams, through Robert M. Holley,
18 Attorney At Law, and the United States of America, through
19 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
20 status conference scheduled for May 4, 2007.  The parties further
21 stipulate that a status conference be placed on the court's
22 May 18, 2007, calendar.
23     The parties are very near a disposition in this case, but
24 because of the prosecutor's current involvement in a lengthy
25 trial, the parties have not be able to finalize all details. It
26 is anticipated that they will be able to do so if given two
27 additional weeks.
28 ///

                                1

1  Accordingly, the parties request that the status conference
2 in this case be continued to May 18, 2007.  All parties  agree
3 that time should be excluded through May 18, 2007, from
4 computation under the Speedy Trial Act pursuant to local code T4
5 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
6 reasonable time to prepare his case.

7 DATED: May 3, 2007                    Respectfully submitted,

8                                       McGREGOR W. SCOTT
                                        United States Attorney

10                                      By:/s/ Kenneth J. Melikian
11                                         KENNETH J. MELIKIAN
                                           Assistant U.S. Attorney

14 DATED: May 3, 2007                    /s/ Kenneth J. Melikian
                                         ROBERT M. HOLLEY
15                                       Attorney for Defendant Leonard
                                         Williams
16                                       (Signed by Kenneth J. Melikian
                                         per authorization by Robert M.
17                                       Holley)

20      IT IS SO ORDERED.

21 Dated:  May 4, 2007

23                                      _____
                                        GARLAND E. BURRELL, JR.
24                                      United States District Judge